# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1722

_____

Union Planters Bank,                    *
                                        *
                  Appellee,             *     Appeal from the United States
                                        *     District Court for the Eastern
        v.                              *     District of Arkansas.
                                        *
Drew Malone Raines, III,                *           [UNPUBLISHED]
                                        *
                  Appellant.            *

_____

Submitted:  April 7, 1999
Filed:  April 12, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Drew Malone Raines, III appeals the district court's order remanding a case to state court. Because the remand was based on a determination that the federal district court lacked subject matter jurisdiction, the remand order is unreviewable by this court. See 28 U.S.C. § 1447(d); Quackenbush v. Allstate Ins. Co., 517 U.S. 706, 711-12 (1996); In re Business Men's Assurance Co. of Am., 992 F.2d 181, 182-83 (8th Cir. 1993) (per curiam). We thus dismiss the appeal for lack of jurisdiction. See 8th Cir. R. 47A(a).

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.